# EXHIBIT "B"

YOUR INSURANCE ATTORNEY

2601 S. Bayshore Drive |18th Floor | Miami, FL 33133 | Ph: 888-570-5677

001000

Evernorth Behavioral Health, Inc.
Appeals
PO Box 188064
Chattanooga, TN 37422

### Cigna.

*I submitted apped 1/3/22*

January 21, 2022

L R
1306 Fountain Coin Loop
Orlando FL 32828-5004

RE: Evernorth Behavioral Health, Inc. on behalf of Your Employer Plan

Name: L R
ID #: U15777222
Provider: Renaissance Healthcare Group LLC
Dates of Service: 7/29/2021 - 8/31/2021
SR #: 1344851654
Claim Amount: $8,640.00, $40,320.00

Evernorth Behavioral Health, Inc., a licensed utilization review agent, reviews certain health care services for medical necessity.

Dear L,

On November 12, 2021, we received an appeal request concerning our decision to deny Level of Care: Partial Hospital Behavioral Health Level of Care, Adult, ORG: B-901-PHP with a diagnosis of F33.1 from 7/29/2021 – 8/31/2021 rendered by Renaissance Healthcare Group LLC.

**Appeal Decision**
After reviewing the appeal submitted by Renaissance Healthcare Group LLC, the original decision to deny Level of Care: Partial Hospital Behavioral Health Level of Care, Adult, ORG: B-901-PHP with a diagnosis of F33.1 from 7/29/2021 – 8/31/2021 is upheld. All the original information in your file, the information submitted with this request and the terms of your benefit plan were reviewed.

All Cigna products and services are provided exclusively by or through such operating subsidiaries and not by Cigna Corporation. Such operating subsidiaries include Cigna Health and Life Insurance Company, Connecticut General Life Insurance Company, Evernorth Behavioral Health, Inc., Evernorth Care Solutions, Inc., Evernorth Direct Health, LLC, Cigna Health Management, Inc., subsidiaries of eviCore 1, LLC and HMO or service company subsidiaries of Cigna Health Corporation and Cigna Dental Health, Inc. Please refer to your ID card for the subsidiary that insures or administers your benefit plan. Cigna Health Management Inc. and Evernorth Behavioral Health, Inc., Evernorth Care Solutions, Inc., Evernorth Direct Health, LLC, Inc. are licensed or certified utilization review entities. The Cigna name, logo, and other Cigna marks are owned by Cigna Intellectual Property, Inc.

Please know that a Physician Board Certified in Psychiatry also reviewed your information and agrees with this decision.

### More About The Decision

This decision was made on January 21, 2022 by Bettina Kilburn, MD, Board Certified Psychiatrist.

This decision was based on the following:

- Based upon my review of the available clinical information received initially and with this appeal and the MCG Behavioral Health Guidelines, medical necessity was not met for continued stay at Partial Hospital Behavioral Health Level of Care, Adult, ORG: B-901-PHP from 7/29/2021 forward. You had not recently demonstrated impairments in functioning of such severity as a result of a mental health disorder that you required the intensity level of treatment intervention and monitoring of a Partial Hospital Behavioral Health Level of Care, Adult. Although you still had symptoms, your condition had stabilized adequately so that you could be treated safely and effectively in an available less restrictive level of care. You had not developed new symptoms requiring this intensity of service. Less restrictive levels of care were available for your safe and effective treatment.

### For More Information

If you would like to request information about the specific diagnosis and treatment codes submitted by your Health Care Professional, please either contact your Health Care Professional, or go to http://www.cigna.com/privacy/privacy_healthcare_forms.html or call the Customer Service number on the back of your ID card.

- Clinical Guidelines, follow this navigation:
  Provider.Evernorth.com>Resources>Coverage Policies, see *Supporting Behavioral Websites,* then *MCG Behavioral Health Guidelines.*

You, your behavioral health care professional or your approved representative can ask for free copies of the medical necessity criteria, clinical guidelines or other information used to make this decision. You may request copies by calling (800) 241-4057, ext. 7962009.

You are entitled to receive free of charge, copies of all documents, records and other information relevant to your appeal for benefits. This includes the benefit provision, guideline or protocol upon which the decision was made. If you want to request this material, or if you have any questions, please write to us at:

Evernorth Behavioral Health, Inc.
Attn: Appeals
PO Box 188064
Chattanooga, TN 37422

001002

You may also call our Customer Service Department at the toll-free number listed on your ID card. We'll be happy to help you.

Sincerely,

*Bettina B Kilburn M.D.*
Bettina Kilburn, MD
Medical Director
Board Certified in Psychiatry

Enclosures:   Your Rights and Other Important Information About an Appeal
Language Assistance Form
Non-Discrimination and Language Assistance Notice
Request for IRO Review and Release Form

c:   Pasadena Villa



## Your Rights and Other Important Information About An Additional Appeal

This decision represents the final step of the **internal** appeal process. However, if your plan is governed by ERISA, you also have the right to bring legal action under Section 502 (a) of ERISA within three (3) years.

For questions about your appeal rights or for assistance, you may contact the Employee Benefits Security Administration at 1-866-444-EBSA (3272) or www.askebsa.dol.gov.

You have the right to appeal this decision directly using our External Review Program. It provides an independent review of your appeal by an external organization that's not connected to us.

The independent organizations are known as Independent Review Organizations or an IRO. The IROs we use for this program are separate companies, not connected to us professionally or financially. The decisions made by the IROs are binding, meaning we must accept it.

There's no charge to you for this program. **To be eligible to use the IRO appeal program, you must request a review within four (4) months of the date of this letter.**

Once the review is complete, you'll receive a letter with the decision. If you want to appeal through this external review program, the Customer must complete and sign the attached Request for IRO Review and Release Form and send it to the address below. The form has been sent to the Customer for their signature.

> Evernorth Behavioral Health, Inc.
> Attn: External Appeal Processing Unit
> PO Box 188064
> Chattanooga, TN 37422
> Fax: (877) 815-4827

To get additional information about how the IROs are selected or about their relationship to us, call us using the number on the back of your ID card.

### Additional Information related to the Affordable Care Act
If you're not satisfied with the final internal review, you may be able to ask for an independent, external review of our decision, as determined by your plan and any state or federal requirements.

Your state may also offer a consumer assistance or an ombudsman program to help you. Go online to mycigna.com, click on the Legal Disclaimer link at the bottom of the page, and select "State Ombudsman/Consumer Assistance Programs" from the drop down menu. If you have difficulty accessing the website, call Customer Service at the toll-free number listed on the back of your ID card.

Please note that these program offices may not be the offices designated to receive your request for an external review. See the external review information above if applicable.