UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

L.R.,                                                                    Case No. 6:22-cv-1819-RBD-DCI

      Plaintiff,

vs.

CIGNA HEALTH AND LIFE INSURANCE COMPANY

      Defendant,
_____/

## JOINT NOTICE OF RESOLUTION

Pursuant to the Middle District of Florida Local Rule 3.09, Plaintiff, L.R., and Defendant, CIGNA HEALTH AND LIFE INSURANCE COMPANY, collectively referred to as "the Parties," respectfully submit this Notice of Resolution, and inform the Court as follows:

1. The Parties have reached an agreement in principle to resolve the claims at issue in this lawsuit.

2. The parties anticipate filing a Joint Stipulation for Dismissal With Prejudice within 45 days.

3. The parties request the Court retain jurisdiction until the Stipulation for Dismissal With Prejudice if filed.

Dated: July 28, 2023

Respectfully submitted,

| | |
|---|---|
| **HEALTH AND MEDICINE LAW FIRM** | **ROBINSON & COLE LLP** |
| *Counsel for Plaintiff* | *Counsel for Defendant* |
| 8950 SW 74th Court, Suite 2201 | 777 Brickell Ave, Suite 680 |
| Miami, FL 33156 | Miami, FL 33131 |
| Phone: (305) 677-2292 | Telephone: (786) 725-4120 |
| Fax: (305) 677-2306 | Fax: (789) 725-4121 |
| Service email: | MMazzola@rc.com |
| admin@healthandmedicinelawfirm.com | |
| Attorney email: | By:   **/s/ Matthew P. Mazzola** |
| msanti@healthandmedicinelawfirm.com |         Matthew P. Mazzola, ESQ. |

By:   **/s/ Maria T. Santi**
        MARIA T. SANTI, ESQ.
         Florida Bar No.: 117564