# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

L.R.,                                              Case No. 6:22-cv-1819-RBD-DCI

      Plaintiff,

vs.

CIGNA HEALTH AND LIFE INSURANCE COMPANY

      Defendant,
_____/

## NOTICE OF SATISFACTION OF CHARGING AND RETAINING LIEN

Undersigned counsel and the law firm of Your Insurance Attorney, PLLC., represented the Plaintiff herein. The Plaintiff has satisfied all of the outstanding costs and fees for legal services performed by the undersigned in connection with this file.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via the EC/CMF system via electronic delivery this 26th day of December 2022 to Matthew P. Mazzola, Esq.; ROBINSON & COLE LLP, 777 Brickell Ave, Suite 680,Miami, FL 33131,Tel: 786-725-4120, *Attorney for Defendant Cigna Health and Life Insurance*

Email: mmazzola@rc.com

        **Your Insurance Attorney, PLLC.**

2601 South Bayshore Drive – 5th Floor
Coconut Grove, Florida 33133
Telephone No. 1-888-570-5677
Facsimile No. 1-888-745-5677
Email: eservice@yourinsuranceattorney.com
Secondary Email: jd@yourinsuranceattorney.com

    By: */s/ Anthony M. Lopez*
        Anthony M. Lopez, Esq.
        Florida Bar No. 13685